US DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lawrence Watson
    Plaintiff
  v.
Dorchester District Court, et al.
    Defendants

Civil Action
03-12585-RGS

NOTICE OF APPEAL

The Plaintiff, Lawrence Watson, is filing notice of appeal in this Court because he intends to appeal the dismissal of his aforementioned complaint.

Respectfully,

*[signature]*

Lawrence Watson
Pro Se
11 Lucerne St
Boston, MA 02124
(617) 282-6190
8/13/04